**CHRISTOPHER J. BAGNASCHI (SBN 155719)**
*LAW OFFICES OF CHRISTOPHER J. BAGNASCHI*
**A Professional Corporation**
**155 S. El Molino Avenue, Suite 202**
**Pasadena CA 91101**
**Phone: 818-509-8350**
**Facsimile: 818-479-8200**

**Attorney for Plaintiff, Cavalry Logistics, LLC**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAVALRY LOGISTICS, LLC, A Tennessee Limited Liability Company,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ALTEX TRANSPORTATION, INC., a California Corporation, and DOES 1-50, inclusive,<br><br>　　　　Defendants | Case No.: 2:16-cv-00370-KJN<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARINGS ON DEFENDANT'S MOTION TO DISMISS AND PLAINTIFF'S MOTION TO REMAND** |

　　　　It is hereby stipulated by and between counsel for Plaintiff Cavalry Logistics, LLC and Defendant, Altex Transportation, Inc. as follows:

1. That Defendant Altex Transportation Inc.'s Motion to Dismiss previously set for hearing on June 30, 2016 at 2 pm in Courtroom 7 of the above-entitled court may be continued to August 25, 2016 at 10 am in Courtroom 25 in the same court before United States Magistrate Judge Kendall J. Newman.

2. That Plaintiff Cavalry Logistics, LLC's Motion to Remand previously set for hearing on June 30, 2016 at 2 pm in Courtroom 7 of the above-entitled court may be continued

to August 25, 2016 at 10 am in Courtroom 25 in the same court before United States Magistrate Judge Kendall J. Newman.

3. That counsel herein waive notice of the new hearing date.

4. That to the extent opposition and reply briefs have not yet been filed, the new hearing date shall govern the filing of said briefs.

**SO STIPULATED.**

Dated: June 21, 2016               **LAW OFFICES OF CHRISTOPHER J. BAGNASCHI**


CHRISTOPHER J. BAGNASCHI
Attorney for Plaintiff Cavalry Logistics, LLC

Dated: June 21, 2016               **LAW OFFICES OF PAUL L. CASS**


PAUL L. CASS
Attorney for Defendant Altex Transportation, Inc.

**IT IS SO ORDERED.**

Dated: June 23, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE PENDING MOTIONS